

**08 CV 6457**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Plaintiff | SPAFINDER, INC. |
|---|---|
| | -v- |
| | ODIN METATECH, INC. et al. |
| Defendant | |

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____SPAFINDER, INC._____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 7/18/08

Signature of Attorney

Attorney Bar Code:   A 67151

Form Rule7_1.pdf

Service List

Odin Metatech, Inc.
1204 California Avenue
Suite 1
Santa Monica, California 90403